## RICHARD K. KLAUS v. METCALFE GLASS COMPANY, INC.
### (8747)

DALY, O'CONNELL and CRETELLA, Js.

Argued November 9—decision released November 14, 1990

*Timothy Brignole,* with whom was *Michael E. Grossmann,* for the appellant (named plaintiff).

*Robert C. Danaher,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.